IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RODRIGO J. MELGAREJO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LTF CLUB OPERATIONS ) <br> COMPANY, INC., *et al.*, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:15cv0127 (JFA) |

## ORDER

This matter is before the court on a Joint Motion for Court Approval of FLSA Settlement Agreement. (Docket no. 12). Having reviewed the Settlement Agreement and Release executed by the parties, the court finds the provisions in the agreement to be fair and adequate as measured by the applicable standards under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

ORDERED that the motion is granted and this case is dismissed with prejudice.

Entered this 13th day of April, 2015.

_____/s/_____ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia